# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Maria Velasquez fka Angela Maria Sanchez<br>Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns<br>Movant<br>vs.<br>Angela Maria Velasquez fka Angela Maria Sanchez<br>Debtor(s) | NO. 18-17661 ELF |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of MIDFIRST BANK, which was filed with the Court on or about **2/22/19**.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

June 10, 2019