# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Angela Maria Velasquez | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No.18-17661-elf |
| vs. | : | Objection to Proof of Claim # 1 |
| | : | of MidFirst Bank |
| MIDFIRST BANK | : | |
| Respondent | : | |
| | : | |

## Certification of Service

I, Brandon Perloff, Esq., hereby certify that I served the Reply to the Response of Debtor's Objection to Proof of Claim #1 on the interested parties listed below by first class prepaid postage mail and/or electronically on June 11, 2019.

**Via Electronic Mail:**
WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KEVIN G. MCDONALD on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com

**Via First Class Mail:**
Angela Maria Velasquez
2071 East Victoria Street
Philadelphia, PA 19134

G. Jeffrey Records Jr., CEO
Midfirst Bank
999 Northwest Grand Boulevard
Oklahoma City, OK 73118

    /s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
Kwartler Manus, LLC