IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                          :
                                                :    Chapter 13
    ANGELA MARIA VELASQUEZ,                     :
                                                :    Bankruptcy No. 18-17661 (ELF)
                                      Debtor.   :
-------------------------------------------------------x
```

# PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #47 filed by the City of Philadelphia on June 25, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE CITY OF PHILADELPHIA |
| Dated: July 9, 2019 | By:    /s/ Pamela Elchert Thurmond |
|  | PAMELA ELCHERT THURMOND |
|  | Deputy City Solicitor |
|  | PA Attorney I.D. 202054 |
|  | City of Philadelphia Law Department |
|  | 1401 JFK Blvd., 5th Floor |
|  | Philadelphia, PA  19102-1595 |
|  | 215-686-0508 (phone) |
|  | 215-686-0588 (facsimile) |
|  | Email: Pamela.Thurmond@phila.gov |