# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **ANGELA MARIA VELASQUEZ,**       :       Chapter 13
                                                                  :
                     **Debtor**                              :       Bky. No.  18-17661 ELF

# O R D E R

      **AND NOW,** it having been reported to this court that the Debtor's Objection to the Proof of Claim of MidFirst Bank (Doc. # 33) has been settled by the parties,

      **AND**, Local Bankruptcy Rule 7041-2 requiring that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days, or the matter may be dismissed (unless a Motion to Extend the Time for Cause Shown is filed within the 30-day period),

      It is therefore **ORDERED** that any necessary Motion or Stipulation shall be filed with this court **on or before September 6, 2019** or Local Rule 7041-2 may be applied and the matters **may be DISMISSED without further notice or hearing.**

Date: **August 7, 2019**                                   _____
                                                            **ERIC L. FRANK**
                                                            **U.S. BANKRUPTCY JUDGE**