## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     **ANGELA MARIA VELASQUEZ,**    :    **Chapter 13**

                                 :

             **Debtor**          :    **Bky. No.  18-17661 ELF**

# O R D E R

    **AND NOW,** after a hearing, and for the reasons stated in court on **August 6, 2019,** it is

hereby **ORDERED** that:

1.  The Debtor shall file (and serve in accordance with the rules of court) any further proposed

    amended chapter 13 plan **on or before August 20, 2019**.

2.  Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case

    without further notice or hearing.

**Date: <u>August 7, 2019</u>**          _____

                                 **ERIC L. FRANK**
                                 **U.S. BANKRUPTCY JUDGE**