United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17661-elf
Angela Maria Velasquez                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv              Page 1 of 1          Date Rcvd: Aug 07, 2019
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db           +Angela Maria Velasquez,    2071 East Victoria Street,   Philadelphia, PA 19134-2111
14278192     +MIDFIRST BANK,   c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: megan.harper@phila.gov Aug 08 2019 02:58:57     CITY OF PHILADELPHIA,
              Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   Major Tax Litigation Division,
              Philadelphia, PA 19102-1613
                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              BRANDON J. PERLOFF   on behalf of Debtor Angela Maria Velasquez bperloff@kminjurylawyers.com,
              kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
              karena.blaylock@phila.gov
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **ANGELA MARIA VELASQUEZ,** | : | **Chapter 13** |
| | | : | |
| | **Debtor** | : | **Bky. No.  18-17661 ELF** |

## O R D E R

  **AND NOW,** it having been reported to this court that the Debtor's Objection to the Proof

of Claim of MidFirst Bank (Doc. # 33) has been settled by the parties,

  **AND**,  Local Bankruptcy Rule 7041-2 requiring that all parties shall file any necessary

Stipulation or Motion to Settle or Compromise within 30 days, or the matter may be dismissed

(unless a Motion to Extend the Time for Cause Shown is filed within the 30-day period),

  It is therefore **ORDERED** that any necessary Motion or Stipulation shall be filed with

this court **on or before September 6, 2019**  or Local Rule 7041-2 may be applied and the

matters **may be DISMISSED without further notice or hearing.**

Date: <u>August 7, 2019</u>      _____

          **ERIC L. FRANK**
          **U.S. BANKRUPTCY JUDGE**