**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Angela Maria Velasquez

        Debtor

13

Bky No. 18-17661-elf

**NOTICE OF:**
**APPLICATION OF DEBTOR'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOTICE IS GIVEN:**

1. That an application of debtor(s) counsel for approval of counsel fees has been filed by Brandon Perloff (the "Applicant"), of the firm Kwartler Manus, LLC, located at 1429 Walnut Street, Suite 701, Philadelphia, PA 19102.

2. That counsel/ the Applicant is requesting a total fee in the sum of $6,500.00.

3. The debtor prepaid Applicant $1,017.00 with a remaining balance of $5,483.00 to be paid in the Chapter 13 Plan.

4. That the aforesaid application is on file with the Clerk, United States Bankruptcy Court, 900 Market St, Suite 400, Philadelphia, PA 19107, and is available there for inspection.

5. That any answer, objection, request for hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the address shown above within 14 days of the date of this notice.

6. That in the absence of any answer or objection, the Court may grant the relief requested.

Dated:  August 26, 2019

/s/Brandon Perloff
Brandon Perloff
Kwartler Manus, LLC
1429 Walnut Street
Suite 701
Philadelphia, PA 19102

Telephone: (267) 457-5570
Attorney(s) for Debtor(s)