UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

    Angela Maria Velasquez

        Debtor

13

Bky No. 18-17661-elf

## CERTIFICATE OF SERVICE

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Attorney's Notice of: Application of Debtor's Counsel for Compensation and Reimbursement   electronically and/or first class mail and/or facsimile on August 27, 2019.

Angela Maria Velasquez
2071 East Victoria Street
Philadelphia, PA 19134

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2912

Master Mailing Matrix

Dated:   August 27, 2019                    /s/Brandon Perloff
                                                                   Brandon Perloff
                                                                   Kwartler Manus, LLC
                                                                   1429 Walnut Street
                                                                   Suite 701
                                                                  Philadelphia, PA 19102

                                                                   Telephone: (267) 457-5570
                                                                   Attorney(s) for Debtor(s)