# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Angela Maria Velasquez | : | |
| Debtor | : | Bankruptcy No. 18-17661-elf |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

Kindly withdraw the Motion to Extend/ Shorten Time to File Stipulation (Docs # 65 filed on 9/6/2019).

Respectfully submitted,

DATE: September 9, 2019

/s/ Brandon Perloff, Esq
Brandon Perloff, Esquire
Attorney for the Debtor
1429 Walnut Street, Suite 701
Philadelphia, PA 19102
267-457-5570