# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Maria Velasquez fka Angela Maria Sanchez<br>                Debtor<br><br>MIDFIRST BANK<br>                Movant<br>  vs.<br><br>Angela Maria Velasquez fka Angela Maria Sanchez<br>                Respondent | CHAPTER 13<br><br><br>NO. 18-17661 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about April 23, 2019 (Document No. 32).

                                                  Respectfully submitted,

                                                  **/s/ Kevin G. McDonald, Esquire**
                                                  Kevin G. McDonald, Esquire
                                                  Attorney for Movant
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  215-627-1322

September 16, 2019