**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Angela Maria Velasquez

Debtor

13

Bky No. 18-17661-elf - elf

**ORDER**

**AND NOW,** this 30th day of September 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $6,500.00 less $1,017.00 already paid with a remaining balance of **$5,483.0**0 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**