# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17661-ELF

ANGELA MARIA VELASQUEZ

2071 EAST VICTORIA STREET

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANGELA MARIA VELASQUEZ

  2071 EAST VICTORIA STREET

  PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

  BRANDON J. PERLOFF
  KWARTLER MANUS LLC
  1429 WALNUT STREET  STE 701
  PHILADELPHIA, PA 19102-

Date: 11/22/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee