Certificate Number: 12433-PAE-DE-037256939

Bankruptcy Case Number: 18-17661



12433-PAE-DE-037256939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 13, 2023, at 4:31 o'clock PM EDT, Angela Maria Velasquez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 13, 2023            By:   /s/Lisa Susoev

                                 Name: Lisa Susoev

                                 Title: Teacher